IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHNNY LEE SANDERS                                                                           PLAINTIFF

v.                                       No. 2:03CV00088 GH

UNITED STATES OF AMERICA, ET AL.                                                DEFENDANT

## ORDER

By order filed on October 5th, plaintiff was directed to notify the Court of his current address and his intent to continue prosecution of this action within fifteen days. He was placed on notice that failure to comply with this directive would result in dismissal without prejudice of his complaint.

The 15-day period has expired without response by plaintiff. Accordingly, the complaint is hereby dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED this 24th day of October, 2005.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE